UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>JANEL MCDONALD,<br>  Defendant. | Case No. 15-cr-00252-JSW-10<br><br>**ORDER TO DEFENDANT JANEL MCDONALD TO SHOW CAUSE RE MOTIONS IN LIMINE**<br><br>Docket Nos. 460-468 |

On February 13, 2017, the government timely e-filed four motions in limine. (Docket Nos. 460, 461, 462, and 468.) On the same date, the government e-filed five responses to defense motions in limine. (Docket Nos. 463-467).

No defendant, including Defendant Janel McDonald, has filed any motion in limine, responded to any government motion in limine, or joined in any other party's motion in limine. Under paragraph 6(g) of the Court's Guidelines for Motions, Final Pretrial Conference, and Trial in Criminal Cases, any motions in limine and any opposition to a motion in limine was due to have been filed by February 13, 2017, fourteen days before the pretrial conference.

On February 14, 2017, Defendant Brandon Robinson entered a guilty plea, and the March 27, 2017 jury trial date was vacated as to him. Also on February 14, 2017, the Court granted the motion to sever Defendants Gary Bostick, Ana Bostick, and Everardo Laurian, and vacated the trial date as to those defendants also. Accordingly, Defendant Janel McDonald is the only remaining defendant going to trial on March 27, 2017.

On February 14, 2017, the Court issued an Order Requiring Amended Pretrial Filings. (Dkt. No. 473.) In this order, the Court noted that significant portions of the pretrial filings — specifically including motions in limine — related to Defendants other than Janel McDonald. The

1    Court therefore ordered the government and Defendant Janel McDonald, By February 17, 2017, to
2    amend the pretrial filings to reflect the trial that is now scheduled for Ms. McDonald only.
3         A chambers copy binder was submitted on or about February 13, 2017, then withdrawn
4    and resubmitted on February 17, 2017 pursuant to the Order Requiring Amended Pretrial Filings.
5    The binder contains four motions in limine by the government, with no responses by any
6    Defendant.  It also contains five defense motions in limine, which do not appear ever to have been
7    filed, and responses by the government.
8         A review of the chambers copies of the Defense motions in limine shows the following:

- *Defendant Brandon Robinson's Motion in Limine No. 1 – Exclude Proposed Expert Testimony of IRS Special Agent Steve Martins.*  This motion was filed by Defendant Brandon Robinson "on behalf of himself and codefendants Ana Bostick and Janel McDonald."  The government's opposition to this motion responds to "defendant Ana Bostick's and defendant Janel McDonald's" motion and notes that Brandon Robinson "withdrew his motions in limine on February 3, 2017."

- *Defendant Brandon Robinson's Motion in Limine No. 2 – Exclude Proposed Expert Testimony of FBI Special Agent Glenn Solomon-Hill.*  This motion was filed by Defendant Brandon Robinson only.  The government's opposition is to Defendant Brandon Robinson only.

- *Defendant Brandon Robinson's Motion in Limine No. 3 – Exclude and/or Limit Evidence of Hugh Robinson's April 21, 2015 Statement to Agents.*  This motion was filed by Defendant Brandon Robinson "on behalf of himself and codefendants Ana Bostick and Janel McDonald."  The government's opposition to this motion responds to "defendant Ana Bostick's and defendant Janel McDonald's" motion and notes that Brandon Robinson "withdrew his motions in limine on February 3, 2017."

- *Defendant Brandon Robinson's Motion in Limine No. 4 – Exclude Prior Convictions.*  This motion was filed by Defendant Brandon Robinson only. Nonetheless, the government's response to this motion also addresses prior

convictions of Defendants Ana Bostick and Janel McDonald, noting that "[o]n February 3, 2017, defendant Brandon Robinson withdrew the motions in limine as they relate to him."

- *Defendant Brandon Robinson's Motion in Limine No. [5] – Exclude Hugh Robinson's conviction.* This motion was filed by Defendant Brandon Robinson "on behalf of himself and codefendants Ana Bostick and Janel McDonald." The government's opposition to this motion responds to Defendant Brandon Robinson only.

The Government did not e-file any amended motions in limine or responses to motions in limine on or about February 17, 2017. The chambers copies of the government motions in limine and responses to defense motions in limine, therefore, appear to be the same as those e-filed on February 13, 2017.

The pretrial conference is scheduled for February 27, 2017.

The Court therefore ORDERS Defendant Janel McDonald to show cause by February 23, 2017, why the Court should not: (1) grant all four of the government's motions in limine as unopposed; (2) decline to rule on any defense motions in limine because they have not been filed; (3) deny as moot all defense motions in limine because the only Defendant to sign those motions, Brandon Robinson, has pled guilty and withdrawn them as to himself; and/or (4) deny as moot defense motions in limine nos. 2 and 4 as to Janel McDonald specifically because those motions do not even purport to seek any relief on her behalf.

**IT IS SO ORDERED.**

Dated: February 21, 2017

JEFFREY S. WHITE
United States District Judge